UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | ) MAGISTRATE NO. _22-1216_ |
| | ) |
| V. | ) |
| Waldermar Ronquillo | ) CRIMINAL ACTION |
| | ) |
| | ) ORDER FOR CONTINUANCE |
| | ) PRETRIAL DIVERSION |
| | ) PROGRAM |
| | ) |

This matter having been opened to the Court by, _____, attorney for defendant, for an Order granting a continuance of the above-captioned proceeding to allow the United States to properly review and process the defendant's application for the Pretrial Diversion Program, and the Special Assistant United States Attorney, having consented to the form and entry of this Order, and for good and sufficient cause shown.

It is on this _16th_ day of _February , 2023_

ORDERED that this action is continued to __March 22, 2023___ * for the following reasons:

1. Defendant is currently under consideration for the Pretrial Diversion Program and time is necessary for the review and processing of his/her application;

2. Pursuant to 18 U.S.C. 3161(h)(8), [7 (h)(2)] the end of justice served by granting the continuance outweigh the best interest of the public and the defendant in a Speedy Trial.

IT IS FURTHER ORDERED that the period between the date of this Order and the continued date shall be excludable in computing time under the Speedy Trial Act of 1974.

CONSENT:

/s/ Waldemar Ronquillo
Defendant

_____
Honorable Matthew J. Skahill
U.S. Magistrate Judge

/s/ Edward Vidal
Defense Counsel

2/16/23
Date

/s/ Edna Galarza
Special Assistant U.S. Attorney

* or until the next court appearance if defendant is not admitted/does not successfully complete PTD.